UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL BONINI, ROBERT BONINI, <br><br> Plaintiff, <br><br> v. <br><br> DEPUY ORTHOPAEDICS, INC., et al., <br><br> Defendant. | No.  2:13-cv-02106-KJM-CMK <br><br><br> **ORDER** |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: October 25, 2013.

_____
UNITED STATES DISTRICT JUDGE

1