UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HAZEL BONINI and ROBERT BONINI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>JOHNSON & JOHNSON DEVELOPMENT<br>CORPORATION; JOHNSON & JOHNSON<br>SURGICAL, INC.,<br><br>　　　　Defendants. | CIV. NO. 2:13-02106 WBS CMK<br><br><u>ORDER OF RECUSAL</u> |

----oo0oo----

　　　Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson, Inc., the parent company of defendants Johnson & Johnson Development Corporation and Johnson & Johnson Surgical, Inc.

　　　IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1

1 | making appropriate adjustments in the assignments of civil cases
2 | to compensate for such reassignment.
3 |         Any dates previously set in this case are hereby
4 | VACATED.
5 | Dated:  October 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE