JOHN DOUGLAS BARR (SBN 40663)
BARR & MUDFORD, LLP
1824 Court Street/Post Office Box 994390
Redding, CA 96099-4390
Telephone:   (530) 243-8008
Facsimile:   (530) 243-1648

Attorneys for Plaintiffs
HAZEL BONINI and ROBERT BONINI

MICHAEL C. ZELLERS (SBN 146904)
MOLLIE F. BENEDICT (SBN 187084)
SARAH TRANKIEM (SBN 235031)
TUCKER ELLIS LLP
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071-2223
Telephone:   (213) 430-3400
Facsimile:   (213) 430-3409

RODNEY M. HUDSON (SBN 189363)
MICHELLE A. CHILDERS (SBN 197064)
JAIME D. WALTER (SBN 281066)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. and JOHNSON &
JOHNSON DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HAZEL BONINI and ROBERT BONINI,<br><br>           Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON DEVELOPMENT CORPORATION; JOHNSON & JOHNSON SURGICAL, INC.; DEPUY ORTHOPAEDICS, INC.; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:13-CV-02106-JAM-CMK<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 – IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION** |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER TO STAY
PROCEEDINGS PENDING TRANSFER            - 1 -            CASE NO. 2:13-CV-02106-JAM-CMK

      Pursuant to Local Rule 143 of the United States District Court of the Eastern District of California, and in support of this stipulation, plaintiffs Hazel Bonini and Robert Bonini ("Plaintiffs"), defendant Johnson & Johnson Development Corporation, and defendant DePuy Orthopaedics, Inc. ("DePuy") state as follows:

1. On December 3, 2010, the United States Judicial Panel on Multidistrict Litigation ("JPML") entered a Transfer Order pursuant to 28 U.S.C. 1407, assigning MDL No. 2197: *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* ("MDL-2197") to the Honorable David A. Katz, United States Judge for the Northern District of Ohio.

2. MDL-2197 coordinates all federal products liability actions – like this one – involving two hip implant systems DePuy Orthopaedics voluntarily recalled – the ASR™ XL Acetabular System and the ASR™ Hip Resurfacing System.

3. On October 11, 2013, DePuy removed this action from the Superior Court of the State of California, County of Shasta (Case No. 178006) to this Court.

4. On October 14, 2013, DePuy filed a Notice of Potential Tag Along with the JPML and included this case for transfer to MDL-2197.

5. On October 16, 2013, the JPML issued Conditional Transfer Order No. 214 and included this case for transfer to MDL-2197.

6. On October 21, 2013, DePuy filed a Motion to Stay Proceedings Pending Transfer to MDL No. 2197.

7. On October 22, 2013, Plaintiffs filed Plaintiffs' Objection to the Conditional Transfer Order.

8. On October 23, 2013, the JPML issued a briefing schedule, setting a November 6, 2013, deadline for Plaintiffs to file their motion to vacate and a November 27, 2013, deadline for any response.

9. Also on October 23, 2013, Plaintiffs filed Plaintiffs' Non-Opposition to Defendant DePuy Orthopaedics' Motion to Stay Proceedings Pending Determination of Transfer to MDL No. 2197.

10. On October 31, 2013, this case was reassigned to the Honorable John A. Mendez,

1  and all dates previously set were vacated.

2      11.    On November 5, 2013, counsel for DePuy contacted the Court to determine if
3  DePuy should re-notice its motion to stay in light of the case reassignment. The Court informed
4  the parties that the simplest solution would be to submit a stipulation and proposed order for the
5  Court's review and consideration.

6      12.    On December 3, 2013, Plaintiffs dismissed Johnson & Johnson Surgical, Inc. with
7  prejudice.

8      13.    The requested stay will serve the interests of judicial economy and fairness to the
9  parties and will avoid wasting this Court's resources while DePuy's request to transfer the case to
10 MDL-2197 is pending.

11     WHEREFORE the parties hereby stipulate to stay all proceedings and to vacate all
12 deadlines in this action pending a decision on DePuy's request to transfer the case to MDL-2197,
13 *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*.

14     **IT IS SO STIPULATED.**

15 Dated: December 4, 2013        DRINKER BIDDLE & REATH LLP

16                                      By:/s/ Michelle Childers
                                           Michelle A. Childers

17
18                                  Attorneys for Defendants
                                 DEPUY ORTHOPAEDICS, INC. and
                                 JOHNSON & JOHNSON DEVELOPMENT
19                                  CORPORATION

20 Dated: December 4, 2013        BARR & MUDFORD, LLP

21                                  By:/s/ John D. Barr (as authorized on 12/4/13)
                                          John D. Barr
22
                                 Attorneys for Plaintiffs
23                                  HAZEL BONINI and ROBERT BONINI

24

25     **IT IS SO ORDERED.**

26
Dated: 12/4/2013                         /s/ John A. Mendez
27                                  The Honorable John A. Mendez
                                 United States District Judge
28